IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITLIN RUSSO, | ) |
| Plaintiff | ) ) ) |
| | ) CA 09-1169 |
| vs. | ) ) Judge Gary L. Lancaster |
| DIOCESE OF GREENSBURG, and | ) |
| GREENSBURG CENTRAL CATHOLIC | ) JURY TRIAL DEMANDED |
| HIGH SCHOOL, | ) ) (Electronically filed) |
| Defendants | ) |

ORDER

AND NOW To-wit, this 22nd day of Dec, 2009, it is hereby ORDERED, ADJUDGED and DECREED that the parties Joint Motion is granted. Defendants' Motion to Dismiss as to the issue of federal funding is converted to a Partial Motion for Summary Judgment. The parties will exchange documents relating to federal funds received directly or indirectly by the Diocese of Greensburg or alleged to be received directly or indirectly by the Diocese of Greensburg by January 15, 2010. Discovery is permitted on this issue only. Discovery will end on February 26, 2010.

The parties will address the matter pursuant to Local Rule 56 as if Defendants had filed a Motion for Summary Judgment with Defendants to provide a Concise Statement of Material Facts, Memorandum in Support, and Appendix on April 2, 2010, and Plaintiff will file a Memorandum in Opposition, a responsive Concise Statement of Material Facts and Appendix on May 3, 2010, solely on the issue of whether the Diocese of Greensburg received federal assistance so as to make it liable under Title IX and the Rehabilitation Act.

All other issues, including briefing other issues as set forth in Defendants' Motion to Dismiss are stayed, pending the resolution of the issue of Defendants' receipt of federal funds.

BY THE COURT

/s/ Lancaster, J.