UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAITLIN RUSSO, | : | ELECTRONCIALLY FILED |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 09-1169 |
| v. | : | |
| | : | |
| DIOCESE OF GREENSBURG, and GREENSBURG CENTRAL CATHOLIC HIGH SCHOOL | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of February, 2010, upon consideratin of the parties' Joint Motion to Amend the Scheduling Order of December 22, 2009, IT IS HEREBY ORDERED is GRANTED, and the deadlines set forth in that order shall be extended as follows:

1. All discovery on the issue of federal funding shall be completed by April 12, 2010;

2. Defendants' Partial Motion for Summary Judgment shall be due on or before May 12, 2010;

3. Plaintiff's response thereto shall be due on or before June 11, 2010; and

4. Defendant's reply brief, if any, shall be due on or before June 25, 2010.

BY THE COURT

s/Gary L. Lancaster
_____
Hon. Gary L. Lancaster,
Chief United States District Judge