# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAITLIN RUSSO,                          :
                                        :   ELECTRONICALLY FILED
    Plaintiff,      :
                                        :
v.                                      :
                                        :   Civil Action No. 09-1169
DIOCESE OF GREENSBURG, and              :
GREENSBURG CENTRAL CATHOLIC             :
HIGH SCHOOL,                            :
                                        :
    Defendants.     :   JURY TRIAL DEMANDED

## **ORDER**

AND NOW, this 26th day of September, 2010, in consideration of Defendants' Motion for Leave to Appeal the Court's September 15, 2010, Order Denying the Defendants' Partial Motion for Summary Judgment to the Court of Appeals for the Third Circuit, it is hereby ORDERED that:

a.  The Court's September 15, 2010, Order involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Court's Order may materially advance the ultimate termination of the litigation;

b.  Defendants' Motion for Leave to Appeal is GRANTED; and

c.  All proceedings are hereby stayed until Defendants' application to appeal to the Third Circuit Court of Appeals, and any subsequent appeal, is resolved.

BY THE COURT:

_____ C.J.