UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAITLIN RUSSO, | : | ELECTRONCIALLY FILED |
| Plaintiff, | : : | |
| | : | Civil Action No. 09-1169 |
| v. | : : | Chief Judge Gary L. Lancaster |
| DIOCESE OF GREENSBURG, and GREENSBURG CENTRAL CATHOLIC HIGH SCHOOL | : : : | JURY TRIAL DEMANDED |
| Defendants. | : : | |

## **ORDER**

AND NOW, this 23rd day of November, 2010, in consideration of the Joint Stipulation filed by the parties on November 23, 2010, and the Third Circuit Court of Appeals' November 9, 2010, Order denying both the Petition for Permission to Appeal filed by Defendants and the Cross-Petition for Permission to Appeal filed by Plaintiff, IT IS HEREBY ORDERED that:

a. The stay on the proceedings imposed by the Court on September 27, 2010, is hereby lifted;

b. Defendants shall file an Answer to the Complaint on or before December 17, 2010;

c. The parties shall confer and file both a joint report, as required by Federal Rule of Civil Procedure 26(f), as well as this Court's Stipulation Selecting ADR Process, on or before January 14, 2011, and;

d. An Initial Rule 16.1 Scheduling Conference will be held on Friday, January 28, 2011 at 3 PM .

BY THE COURT:

s/Gary L. Lancaster
_____ C.J
Hon. Gary L. Lancaster,
Chief United States District Judge