# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITLIN RUSSO, ) | |
| ) | |
| Plaintiff ) | |
| ) | CA 09-1169 |
| vs. ) | |
| ) | Judge Gary L. Lancaster |
| DIOCESE OF GREENSBURG, ) | |
| ) | Jury Trial Demanded |
| Defendants ) | Filed Electronically |

## ~~[REDACTED]~~ ORDER

AND NOW TO-WIT, this **31** day of **Jan**, 2011, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for a Reduced *Pro Rata* Share of the Mediator's Fee is granted. Plaintiff's share of the mediator's fee will be **33 1/3 %**.

BY THE COURT,

*/s/ G. L. Lancaster*

1