IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAITLIN RUSSO,                    )
          Plaintiff,              )
                                  )
     v.                           )   Civil Action No. 09-1169
                                  )
DIOCESE OF GREENSBURG,            )
          Defendant.              )

ORDER OF COURT

The record in this case reflects that by order of
court dated April 14, 2011, plaintiff's previous counsel were
granted leave to withdraw their appearance on her behalf and
plaintiff was given thirty (30) days to secure new counsel
[document #49]. Before the Court is a letter from plaintiff,
dated May 2, 2011, which the court will construe as a motion for
extension of time to secure new counsel to represent her in this
matter.

Upon consideration of plaintiff's letter, we will
refrain from ruling on the outstanding motion. Instead, in the
interest of judicial economy, IT IS HEREBY ORDERED that the
Clerk of Court is directed to mark this case ADMINISTRATIVELY
CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter. Should new counsel enter their appearance on behalf of plaintiff, the Court will entertain a motion to reopen this matter and, if granted, the case will proceed in the same manner as if this order had not been entered.

BY THE COURT:

_____ ,C.J.

Dated: May 12, 2011

cc:    All Parties of Record