IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAITLIN RUSSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:09-cv-01169-CCW-LPL |
| v. | ) |
| | ) |
| DIOCESE OF GREENSBURG, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 18, 2022, the Magistrate Judge issued a Report, ECF No. 70, recommending that Defendant's Motion for Involuntary Dismissal pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, ECF No. 56, be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendant's Motion for Involuntary Dismissal, ECF No. 56, is GRANTED, Plaintiff's Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE, and the Magistrate Judge's Report and Recommendation, ECF No. 70, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 13th day of September, 2022.

BY THE COURT:

<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record;

cc (via United States Mail):

Caitlin Russo, pro se
P.O. Box 18054
Pittsburgh, PA 15236